**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-06012

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Danielle Marie Eckroth<br>      Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Danielle Marie Eckroth, Debtor, Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:10-BK-05210-GBN<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #10) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Danielle Marie Eckroth has an interest in, further described as:

PARCEL 1:

Unit F106, of PHOENICIAN PINES, A Condominium, as created by that certain Declaration recorded January 13, 2006 as 2006-0060838 of Official Records and First Amendment recorded as 2006-1055550 of Official Records and shown on the plat of said Condominium recorded as Book 802 of Maps, page 33 and Affidavit recorded as 2006-0044923, of Official Records in the Office of the County Recorder of Maricopa County, Arizona.

PARCEL 2:

An exclusive right to use covered parking space 118, a limited common element as described in the above mentioned Condominium Declaration

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.